| | |
|---|---|
| <u>DEFENDANT</u>: | SONIA JAZMIN SAENZ-OSORIO |
| <u>AGE/YOB</u>: | 1978 |
| <u>COMPLAINT FILED?</u> | __X__ Yes   _____ No<br>If Yes, MAGISTRATE CASE NUMBER <u>22-mj-0004-NRN</u> |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | _X_ Yes   __ No |
| OFFENSE(S): | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 41:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking<br><br>**Count 43:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 44:** Title 18, United States Code, Section 924(c)(1)(A)(i); Use of a firearm in connection with a drug trafficking offense |
| <u>LOCATION OF OFFENSE</u>: | Denver County; Denver, Colorado |
| PENALTY: | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Count 41**<br>NMT 4 years in prison<br>NMT 1-year of supervised release<br>NMT $250,000.00 fine<br>$100 Special Assessment |

**Count 43**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Count 44**
NLT 5 years imprisonment.
NMT 3 years Supervised Release
$250,000 fine.
$100 Special Assessment

AGENT:         Michael Gutke
               Special Agent, Drug Enforcement Administration

AUTHORIZED    Stephanie Podolak
BY:           Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less;  __X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.